Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:　(949) 369-3701
Email: tbienert@bienertkatzman.com
　　　　wbernstein@bienertkatzman.com
*Counsel for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>$3,374,918.61 In Bank Funds Seized From Prosperity Bank Account '7188,<br><br>　　　　　Defendant. | Case No. 2:18-cv-08578-RGK (PJW)<br><br>**JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

### **JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY**

These Verified Claims are being filed at this time in accordance with this Court's May 10, 2019 order (Dkt. 32). This case is stayed pursuant to this Court's October 23, 2018 order (Dkt. 14) and April 30, 2019 order (Dkt. 23). The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimants respectfully request that these Verified Claims be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the

Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 32), Claimants James Larkin ("Larkin"), Troy Larkin ("T. Larkin"), and Ramon Larkin ("R. Larkin") (collectively, the "Claimants") hereby submit these Verified Claims asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $3,374,918.61 In Bank Funds Seized From Prosperity Bank Account '7188.

Dkt. 1.

Claimants hereby assert their ownership interests in the entirety of the Subject Funds. Claimants are stockholders in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimants are third-party beneficiaries of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other other affiliates of Borrowers (collectively, "Guarantors"). Claimants have the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimants are

1  legally recognizable interests in the Subject Funds, giving Claimants a superior right,
2  title, and interest in the Subject Funds over any and all interests asserted by the
3  government in the Subject Funds.  Under any applicable community property
4  principles, Claimant James Larkin's legal spouse, Margaret Larkin, also assert a superior
5  right, title, and interest in the Subject Funds superior to the government's interest.
6  Accordingly, Claimants, and Margaret Larkin where applicable, have a superior right,
7  title, and interest in the Subject Funds over any and all interest asserted by the
8  government in such funds.

9  Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure,
10 Claimants expressly limit their appearance to asserting and defending their claims.
11 Claimants reserve all rights to challenge the *in rem* jurisdiction of this Court and the
12 propriety of venue of this action.

Dated: May 23, 2019                    Respectfully submitted,

                                       *s/Whitney Z. Bernstein*
                                       Whitney Z. Bernstein
                                       Thomas H. Bienert, Jr.
                                       BIENERT | KATZMAN PC
                                       Attorneys for James Larkin

## VERIFICATION OF CLAIM

I, James Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2019

_____
James Larkin

## VERIFICATION OF CLAIM

I, Troy Larkin, pursuant to 18 U.S.C. § 1746 and the laws of the United States of America, declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-23-19       _____
                                  Troy Larkin

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

**VERIFICATION OF CLAIM**

I, Ramon Larkin, pursuant to 18 U.S.C. § 1746 and the laws of the United States of America, declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/23/2019

Ramon Larkin

6

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in San Clemente, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY** on all interested parties as follows:

**[X]** **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2019 at San Clemente, California.

*/s/ Garrison Giali*
Garrison Giali